IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

LUKE WILSON                                      )
                                                 )
    Plaintiff,                                  )
v.                                               )
                                                 ) Civil Action No. 5:21-CV-00055
THE TOWN OF MOUNT JACKSON, et al.,               )
                                                 )
    Defendants.                                 )

## DISMISSAL ORDER

Upon Motion of the defendants Officer Robert Young and Officer Mark Johnson, to dismiss this action pursuant to Federal Rules of Civil Procedure 12(b)(6); it is

ORDERED

That this cause of action shall be and hereby is dismissed with prejudice.

ORDERED this ___ day of _____, 2021.

_____
JUDGE