UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| LUKE WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:21-cv-00055-TTC |
| ) | |
| THE TOWN OF MOUNT JACKSON, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

Defendant Chief Jeffrey Sterner hereby moves the Court to dismiss the Complaint filed against him upon the grounds and for the reasons stated in the accompanying memorandum in support of motion to dismiss. Fed. R. Civ. P. 12(b)(6).

CHIEF JEFFREY STERNER

By Counsel

W. Bradford Stallard
 VSB No. 28149
PENN, STUART & ESKRIDGE
P.O. Box 2288
Abingdon, Virginia  24212
Telephone:  276/628-5151
Facsimile:  276/628-5621
bstallard@pennstuart.com

By  */s/ W. Bradford Stallard*
       W. Bradford Stallard

Abingdon: 1165363-1

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

_/s/ W. Bradford Stallard_
W. Bradford Stallard
