AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | | |
|---|---|---|
| LUKE WILSON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   5:21cv00055 |
| THE TOWN OF MOUNT JACKSON, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sergeant Keith Cowart

Date:   10/20/2021

*Attorney's signature*

James A. L. Daniel  VSB #03881
*Printed name and bar number*

DANIEL, MEDLEY & KIRBY, P.C.
110 North Union Street
P. O. Box 720
Danville, Virginia  24543-0720
*Address*

jdaniel@dmklawfirm.com
*E-mail address*

(434) 792-3911
*Telephone number*

(434) 793-5724
*FAX number*