IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRIONSBURG DIVISION

| | |
|---|---|
| LUKE WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:21cv55 |
| ) | |
| THE TOWN OF MOUNT ) | |
| JACKSON, et al, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

Defendant Officer Christina Whorton, by counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court to dismiss the claims against her. For the reasons stated in the accompanying memorandum, the plaintiff has failed to state a claim against Officer Whorton upon which relief can be granted and the Complaint against her should be dismissed with prejudice.

Accordingly, the Defendant Officer Christina Whorton respectfully requests that the Complaint against her be dismissed and the Court grant such other and further relief as the Court deems appropriate.

CHRISTINA WHORTON

By: /s/ Jeremy E. Carroll
Of Counsel

Jeremy E. Carroll (VSB #41331)
Julian F. Harf (VSB #90775)
GUYNN, WADDELL, CARROLL & LOCKABY, P.C.
415 S. College Avenue
Salem, VA  24153
Phone: 540-387-2320

1

Fax: 540-389-2350
jeremyc@guynnwadell.com
julianh@guynnwaddell.com
*Counsel for Defendant Christina Whorton*

# CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2021, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

David Wood Silek
SILEK LAW GROUP, PC
8229 Boone Blvd, Suite 610
Vienna, VA 22182
Phone: 703-361-9700
dsilek@sileklaw.com
*Counsel for Plaintiff*

Thomas Ray Breeden
THOMAS R. BREEDEN, PC
10326 Lomond Drive
Manassas, VA 20109
Phone: 703-361-9277
trb@tbreedenlaw.com
*Counsel for Plaintiff*

William Bradford Stallard
PENN STUART & ESKRIDGE
P.O. Box 2288
Abingdon, VA 24212-2288
Phone: 276-628-5151
bstallard@pennstuart.com
*Counsel for Police Chief Jeff Sterner*

James A. L. Daniel
DANIEL VAUGHAN MEDLEY & SMITHERMAN PC
P.O. Box 720
Danville, VA 24541
Phone: 434-792-3911
JDaniel@dmklawfirm.com
*Counsel for Sergeant Keith Cowart*

John David McGavin
BANCROFT, MCGAVIN, HORVATH, & JUDKINS, PC
9990 Fairfax Blvd., Suite 400
Fairfax, VA 22030
Phone: 703-385-1000
jmcgavin@bmhjlaw.com
*Counsel for Officer Robert Young
and Officer Mark Johnson*

/s/ Jeremy E. Carroll
Jeremy E. Carroll (VSB #41331)
Julian F. Harf (VSB #90775)
GUYNN, WADDELL, CARROLL & LOCKABY, P.C.
415 S. College Avenue
Salem, VA  24153
Phone: 540-387-2320
Fax:     540-389-2350
jeremyc@guynnwadell.com
julianh@guynnwaddell.com
*Counsel for Defendant Christina Whorton*