UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

_____x
LUKE WILSON,                        :
                                    :
            Plaintiff,              :      Case No. 21-CV-55 (TTC)
                                    :
       -against-                    :
                                    :
THE TOWN OF MOUNT JACKSON, CHIEF    :
OF POLICE JEFF STERNER, SERGEANT    :
KEITH COWART, and POLICE OFFICERS   :
CHRISTINA WHORTON, ROBERT YOUNG     :
and MARK JOHNSON of the MOUNT       :
JACKSON POLICE DEPARTMENT, and      :
TODD HOLTZMAN,                      :
                                    :
            Defendants,              :
_____x

## MOTION FOR THE *PRO HAC VICE* ADMISSION
## OF BRIAN L. BROMBERG, ESQUIRE

I, Thomas R. Breeden, an attorney admitted to practice in this Court, and counsel of record in the instant proceeding, hereby move the Court for the admission of Brian L. Bromberg, Esquire, *pro hac vice*, to this Court as counsel for the plaintiff for the purposes of litigating the above-captioned case and in support thereof state as follows:

1.   I am seeking the admission of Brian L. Bromberg, Esq., to appear *pro hac vice* in the above-captioned case, which is pending in the U.S. District Court for the Western District of Virginia.

1

2.     This case is not a related or consolidated matter for which Brian L. Bromberg, Esq. has previously applied to appear *pro hac vice*.

3.     <u>Residence address of Brian L. Bromberg</u>: 352 Rutland Road #1, Brooklyn, NY 11225.

4.     <u>Office address of Brian L. Bromberg</u>: Bromberg Law Office, P.C., 352 Rutland Road #1, Brooklyn, NY 11225.

5.     <u>Telephone number, fax number and e-mail address for Brian L. Bromberg</u>:

>     Telephone: (212) 248-7906
>     Facsimile: (212) 248-7908
>     Email: brian@bromberglawoffice.com

6. Name, address, telephone number, fax number and e-mail address of local counsel:

>     Thomas R. Breeden, VSB No. 33410
>     Thomas R. Breeden, P.C.
>     Attorneys and Counselors At Law
>     10326 Lomond Drive
>     Manassas, Virginia 20109
>     Telephone: (703) 361-9277
>     Facsimile: (703) 337-0441
>     Email: trb@TBreedenlaw.com

7. <u>Name of Party to Case</u>: Luke Wilson

8. <u>Name and Address of Counsel for Party</u>:

>     Thomas R. Breeden, VSB No. 33410
>     Thomas R. Breeden, P.C.
>     Attorneys and Counselors At Law
>     10326 Lomond Drive
>     Manassas, Virginia 20109

9. <u>Courts to Which Brian L. Bromberg, Esq., is Admitted and Dates of Admission</u>:

| State Bar | Date of Admission |
|---|---|
| New York | March 4, 1992 |
| California | July 17, 2006 |
| New Jersey | June 19, 2017 |

| Federal Court | Date of Admission |
|---|---|
| Southern District of New York | May 19, 1992 |
| Eastern District of New York | June 10, 1992 |
| Second Circuit | January 10, 2002 |
| U.S. Supreme Court | August 4, 2003 |
| N.D. Illinois | August 15, 2003 |
| Seventh Circuit | May 13, 2004 |
| Western District of New York | December 6, 2004 |
| WDNY Bankruptcy Court | December 5, 2005 |
| Northern District of New York | January 4, 2005 |
| Northern District of Indiana | August 30, 2005 |
| District of Connecticut | March 3, 2006 |
| Northern District of California | August 7, 2006 |
| Central District of California | August 10, 2006 |
| Southern District of California | August 24, 2006 |
| Eastern District of California | August 29, 2006 |
| Western District of Wisconsin | May 14, 2008 |
| Third Circuit | August 12, 2009 |
| Fourth Circuit | April 11, 2011 |
| Eleventh Circuit | August 19, 2011 |
| Southern District of Indiana | November 16, 2015 |
| Southern District of Texas | January 19, 2017 |
| District of Colorado | April 20, 2017 |
| District of New Jersey | July 6, 2017 |
| Eastern District of Missouri | June 28, 2018 |
| Sixth Circuit | April 15, 2019 |

10. Brian L. Bromberg, Esq., is an attorney in good standing and authorized to appear in the Courts identified in paragraph 9.

11. Brian L. Bromberg, Esq., is not currently disbarred or suspended in any state, territory, United States possession or tribunal.

12. Brian L. Bromberg, is not subject to any pending disciplinary proceeding by any court, agency or organization authorized to discipline him as a lawyer.

13. Brian L. Bromberg, has not been disciplined by any court, agency or organization authorized to discipline him as a lawyer.

14. Brian L. Bromberg, has never sought admission *pro hac vice* under this Rule in this District.

15. Brian L. Bromberg, consents to the jurisdiction of the courts and agencies of the Commonwealth of Virginia and the Virginia State Bar, and he further consents to service of process at any address(es) required by this Rule.

16. Brian L. Bromberg agrees to review and comply with the appropriate rules of procedure as required in the case for which he is applying to appear *pro hac vice*.

17. Brian L. Bromberg, understands and agrees to comply with the rules and standards of professional conduct required of members of the Virginia State Bar.

18. A draft Order is attached hereto and incorporated herein by reference.

WHEREFORE, based upon Brian L. Bromberg's experience and credentials outlined above, it is requested that this Court grant this motion and admit Brian L.

4

Bromberg to assist as plaintiff's counsel in this case in association with the undersigned and his firm.

Dated: October ___, 2021

                                      Respectfully submitted,

                                      */s/ Thomas R. Breeden*
                                      Thomas R. Breeden