UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

------------------------------------------------------x
LUKE WILSON,                                          :
                                                      :
        Plaintiff,                                   :   Case No. 21-CV-55 (TTC)
                                                      :
        -against-                                   :
                                                      :
THE TOWN OF MOUNT JACKSON, CHIEF                      :
OF POLICE JEFF STERNER, SERGEANT                      :
KEITH COWART, and POLICE OFFICERS                     :
CHRISTINA WHORTON, ROBERT YOUNG                       :
and MARK JOHNSON of the MOUNT                         :
JACKSON POLICE DEPARTMENT, and                        :
TODD HOLTZMAN,                                        :
                                                      :
        Defendants,                                  :
------------------------------------------------------x

## ORDER GRANTING *PRO HAC VICE* ADMISSION

This ____ day of October, 2021, came the plaintiff, by counsel, upon consideration of the plaintiff's Motion for the *Pro Hac Vice* Admission of Brian L. Bromberg, Esquire, it is hereby ORDERED and DECREED that said Motion is GRANTED and that Brian L. Bromberg, Esq., is admitted for the conduct of the above-captioned action.

                                                    _____
                                                                Judge