IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| LUKE WILSON | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 5:21-CV-00055 |
| THE TOWN OF MOUNT JACKSON, et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE

PLEASE TAKE NOTICE that effective January 1, 2022, defendant's law firm changed from Bancroft, McGavin, Horvath & Judkins, P.C. to McGavin, Boyce, Bardot, Thorsen & Katz, P.C. The firm's address, telephone number and facsimile number remain the same.

Counsel for defendant hereby requests that the recipient of this Notice change the firm's name on future pleadings and update undersigned's e-mail to jmcgavin@mbbtklaw.com.

**OFFICER ROBERT YOUNG and
OFFICER MARK JOHNSON**
By Counsel

MCGAVIN, BOYCE, BARDOT
  THORSEN & KATZ, P.C.
9990 Fairfax Blvd. Suite 400
Fairfax, Virginia 22030
(703)385-1000 Telephone
(703)385-1555 Facsimile
Counsel for Defendants

 /s/ John D. McGavin
John D. McGavin
Virginia State Bar No.: 21794
jmcgavin@mbbtklaw.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2022, a true and accurate copy of the foregoing Supplemental Memorandum in Support of Motion to Dismiss was sent via the CM/ECF to:

Thomas Ray Breeden, Esq.
Thomas R. Breeden, PC
10326 Lomond Drive
Manassas, VA 20109
Counsel for Plaintiff

Brian L. Bromberg, Esq.
Joshua Tarrant-Windt, Esq.
Bromberg Law Office, P.C.
352 Rutland Road, #1
Brooklyn, New York 11225
Counsel for Plaintiff

William Bradford Stallard, Esq.
Penn Stuart & Eskridge
P.O. Box 2288
Abingdon, VA 24212-2288
Counsel for Police Chief Jeff Sterner

Julian F. Harf, Esq.
Jeremy E. Carroll, Esq.
Guynn, Waddell,
Carroll and Lockaby, P.C.
415 S. College Avenue
Salem, Virginia 24153
Counsel for Officer Christina Whorton

Bradley J. Moyers, Esquire, VSB#43050
Mark B. Callahan, Esquire, VSB #22593
Clark & Bradshaw, P.C.
P.O. Box 71
92 N. Liberty Street
Harrisonburg, VA 22803-0071
Counsel for Todd Holtzman

Richard H. Milnor, Esq.
Zunka, Milnor & Carter, Ltd.
414 Park Street
P. O. Box 1567
Charlottesville, VA 22902
Counsel for Town of Mount Jackson

                                           /s/ John D. McGavin
                                           John D. McGavin